**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Case No. 20-2352-WJM-SKC**

(1) BOX ELDER KIDS, LLC;
(2) C C OPEN A, LLC; and
(3) GUEST FAMILY TRUST, by its
Trustee CONSTANCE F. GUEST

    Plaintiffs,

vs.

(1) ANADARKO E & P ONSHORE, LLC;
(2) ANADARKO LAND CORPORATION; and
(3) KERR-MCGEE OIL AND GAS ONSHORE, LP

    Defendants.

---

**CERTIFICATE OF SERVICE OF NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION**

---

I hereby certify that on March 27, 2023, Plaintiffs served the Notice to Take Oral and Videotaped Deposition of Samantha Wiselogel via electronic mail, to:

| | |
|---|---|
| Ezekiel J. Williams | Barrett H. Reasoner |
| Carlos R. Romo | Anthony N. Kaim |
| Jacqueline F. Hyatt | Shannon N. Smith |
| Mairead K. Dolan | GIBBS & BRUNS LLP |
| WILLIAMS WEESE PEEPLE & FERGUSON PC | 1100 Louisiana, Suite 5300 |
| | Houston, TX 77002 |
| 1801 California Street, Suite 3400 | Telephone: 713-650-8805 |
| Denver, CO 80202 | Facsimile: 713-750-0903 |
| Phone Number: 303-861-2828 | Email: breasoner@gibbsbruns.com |
| Fax Number:303-861-4017 |     akaim@gibbsbruns.com |
| E-mail: zwilliams@williamsweese.com |     snsmith@gibbsbruns.com |
|     cromo@williamsweese.com | |
|     jhyatt@williamsweese.com | *Attorneys for Defendants* |
|     mdolan@williamsweese.com | |

and

DATED: March 27, 2023

                                          Respectfully submitted,

                                          /s/ *Larkin Walsh*
Rex A. Sharp, #17389
Larkin E. Walsh
Sarah T. Bradshaw, #54512
Charles T. Schimmel
Brandon C. Landt, #55785
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
Email: rsharp@midwest-law.com
       lwalsh@midwest-law.com
       sbradshaw@midwest-law.com
       cschimmel@midwest-law.com
       blandt@midwest-law.com

And

Lance Astrella, #5183
Astrella Law, P.C.
1801 Broadway, Suite 1600
Denver, CO 80202
Telephone: (303) 292-9021
Fax: (303) 296-6347
Email: lance@astrellalaw.com

ATTORNEYS FOR PLAINTIFFS