IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:20-cv-02352-WJM-TPO**

(1) BOX ELDER KIDS, LLC;
(2) C C OPEN A, LLC; and
(3) GUEST FAMILY TRUST, by its
Trustee CONSTANCE F. GUEST,

    Plaintiffs,

v.

(1) ANADARKO E&P ONSHORE, LLC;
(2) ANADARKO LAND CORPORATION; and
(3) KERR-MCGEE OIL AND GAS ONSHORE, LP,

    Defendants.

---

## STIPULATED NOTICE OF SETTLEMENT

---

Pursuant to this Court's Practice Standard IV.C.2, the Parties submit this Stipulated Notice of Settlement. All Parties have reached a settlement, a meeting of the minds has been reached as to all material terms of the settlement, and the settlement will finally and fully resolve the remaining claims in this action.

Respectfully submitted this 6th day of March, 2025, by:

WILLIAMS WEESE PEPPLE & FERGUSON PC

s/ Ezekiel J. Williams
Ezekiel J. Williams
Carlos R. Romo
Mairead Dolan
1801 California Street, Suite 3400
Denver, CO 80202
Phone Number: 303-861-2828
Fax Number: 303-861-4017
Email: zwilliams@williamsweese.com
      cromo@williamsweese.com
      mdolan@williamsweese.com


GIBBS & BRUNS LLP

/s/ Barrett H. Reasoner
Barrett H. Reasoner
Anthony N. Kaim
Nick Beachy
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903
E-mail: breasoner@gibbsbruns.com
akaim@gibbsbruns.com


WOMBLE BOND DICKINSON (US) LLP

Kendra N. Beckwith
1601 19th Street, Suite 1000
Denver, CO 80202
Telephone: 303-623-9000
Email: kendra.beckwith@wbd-us.com

**Attorneys for Defendants**

ASTRELLA LAW, P.C.

s/ Rex A. Sharp
Rex A. Sharp
Sarah T. Bradshaw
Brandon C. Landt
4820 W. 75th St.
Prairie Village, KS 66208
Phone Number: 913-901-0505


Lance Astrella
Astrella Law, P.C.
1801 Broadway, Suite 1600
Denver, CO 80202
Phone Number: 306-292-9021

Charles T. Schimmel
SHARP LAW, LLP
1600 Broadway, Suite 1070
Denver, CO 80202
cschimmel@midwest-law.com


**Attorneys for Plaintiffs**

3

## CERTIFICATE OF SERVICE

     I hereby certify that on the 6th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

     I hereby certify that I have mailed or served the document or paper to the following party-defendants (non CM/ECF participants) in the manner (mail, email, hand-delivery, etc.) as indicated:

Anadarko Defendants: Kate Cornelius, Senior Corporate Counsel Occidental Petroleum Corporation (via electronic mail)

                                               *s/ Lindsey Schulz*